UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-958-CR-MOORE/GARBER

UNITED STATES OF AMERICA

v.

NIKITA LEON KUBIAKOV,

    Defendant.
_____/

**ORDER**

    THIS CAUSE is before the Court by Order of Reference from U.S. District Judge K. Michael Moore. Pursuant to such reference the Court has received the defendant's Motion Requesting Timely Return of Defendant's Personal Property and the government's response.

    The government has advised, in its response, that at the defendant's request, his brief case and suitcase were given to Tara Young of Continental Airlines on May 10, 2006. In addition thereto, the government advises that the remaining personal items of the defendant are in the custody of ICE Special Agent Terry Manweiler, who has attempted to return such items to the defendant's brother but was unsuccessful. The government further advises that such items will be released to any person designated by the defendant. Accordingly, it is hereby

    ORDERED that the defendant's Motions Requesting Timely Return of Defendant's Personal Property are DENIED AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida this 20th day of February, 2007.

                                                  /s/ Barry L. Garber
                                                BARRY L. GARBER
                                                UNITED STATES MAGISTRATE JUDGE

Copy furnished to:

Nikita Leon Kobiakov
No. 56233179
F.D.C. Miami
P.O. Box 01920
Miami, FL 33101